IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PHILLIP ANTIONE WOMACK,          )
          Petitioner,          )
    v.                              )          1:12CV1267
REUBEN F. YOUNG,                 )
          Respondent.         )

<u>ORDER</u>

      The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on June 4, 2013, was served on the parties in this action. Plaintiff objected to the Recommendation. [Doc. # 11.]

      The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

      IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment [Doc. # 5] is GRANTED, the Petition is DISMISSED, and this action is dismissed. A Judgment will be entered contemporaneously with this Order.

                                              _____
                                              United States District Judge

Date: July 10, 2013